## THROCKMORTON v. HORTON.

PRACTICE IN THE SUPREME COURT: APPEAL: CERTIFICATE OF JUDGE.

*Appeal from Lucas Circuit Court.*

THURSDAY, DECEMBER 4.

ACTION to replevy two horses of the alleged value of $75. There was a trial without a jury. The court found the value of the horses to be $50, and that the defendant was entitled to judgment for the horses or their value. The defendant electing to take judgment for their value, judgment was rendered against the plaintiff for $50 and costs. The plaintiff appeals.

*Mitchell & Penick* and *N. B. Gardner,* for appellant.

*Dungan & Crane,* for appellee.

ADAMS, J.—The certificate upon which the appeal is based is in these words: "This case involves the determination of a question of law upon which it is desirable to have the opinion of the supreme court." What the question is the certificate does not show. It does not, therefore, conform to rule twelve of this court and the appeal must be

DISMISSED.